UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREWS REVOCABLE TRUST; LINDA
ANDREWS, a Washington resident; KRISTEN
ANDREWS, a resident of British Columbia; SUSAN
ANDREWS, a resident of British Columbia,

Plaintiffs,

v.

919 109th AVENUE OWNER, LLC, a foreign
limited liability company d/b/a PACIFIC REGENT
BELLEVUE SENIOR LIVING; COGIR
MANAGEMENT USA, INC., a foreign corporation;
FOUNTAINS BELLEVUE SL, LLC, a foreign
company; WATERMARK RETIREMENT
COMMUNITIES, LLC, a foreign corporation,

Defendants.

NO. 2:24-cv-01672-RSM

ORDER GRANTING THE PARTIES
STIPULATED MOTION TO
CONTINUE CASE SCHEDULE
DEADLINES

This matter is before the Court on the Parties Stipulated Motion to Continue the Case Schedule Deadlines for eight (8) months. The Court has reviewed the Stipulated Motion and grants the same. Being fully advised, the Court enters the following:

**ORDER**

The case schedule deadlines shall be continued eight (8) months so that the new deadlines are as follows:

Class certification discovery cut-off:                          9/5/2026

Deadline for Plaintiffs to file motion for class certification: 11/9/2026

ORDER GRANTING THE PARTIES STIPULATED
MOTION TO CONTINUE CASE SCHEDULE
DEADLINES- 1

Opposition to Motion to Certify Class:                11/23/2026

Reply in Support of Motion to Certify Class:          11/30/2026

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification.

IT IS SO ORDERED.

DATED this 9th day of February, 2026.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE PARTIES STIPULATED
MOTION TO CONTINUE CASE SCHEDULE
DEADLINES- 2